2025R00359/AD

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| | : | |
| v. | : | Magistrate. No. 25-10158 |
| | : | |
| MICHAEL CORREA | : | **CRIMINAL COMPLAINT** |

I, Trevor O'Reilly, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with Homeland Security Investigations ("HSI"), and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

Trevor O'Reilly, Special Agent
Homeland Security Investigations

Special Agent O'Reilly attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 12th day of May, 2025

Hon. Michael A. Hammer
United States Magistrate Judge

## ATTACHMENT A

## COUNT ONE
### (Coercion and Enticement)

In or around January 2024 in Union County, in the District of New Jersey, and elsewhere, the defendant,

### MICHAEL CORREA,

did knowingly persuade, induce, entice, and coerce an individual, namely Victim-1, to travel in interstate commerce, from the State of Florida to the District of New Jersey, to engage in prostitution or in any sexual activity for which a person can be charged with a criminal offense; and attempted to do so.

In violation of Title 18, United States Code, Section 2422(a).

## COUNT TWO
### (Coercion and Enticement)

In or around November 2024, in Union County, in the District of New Jersey, and elsewhere, the defendant,

MICHAEL CORREA,

did knowingly persuade, induce, entice, and coerce an individual, namely Victim-2, to travel in interstate commerce, from the State of Texas to the District of New Jersey, to engage in prostitution or in any sexual activity for which a person can be charged with a criminal offense; and attempted to do so.

In violation of Title 18, United States Code, Section 2422(a).

## COUNT THREE
### (Coercion and Enticement)

In or around October 2023, in Union County, in the District of New Jersey, and elsewhere, the defendant,

MICHAEL CORREA,

did knowingly persuade, induce, entice, and coerce an individual, namely Victim-3, to travel in interstate commerce, from Colombia to the District of New Jersey, to engage in prostitution or in any sexual activity for which a person can be charged with a criminal offense; and attempted to do so.

In violation of Title 18, United States Code, Section 2422(a).

## ATTACHMENT B

I, Trevor O'Reilly, am a Special Agent with Homeland Security Investigations ("HSI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with witnesses and other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.      Since in or around August 2024, HSI and the FBI, together with local law enforcement, have been investigating Michael Correa ("Correa") for persuading, inducing, and enticing women to travel in interstate or foreign commerce to New Jersey to engage in prostitution.

2.      During the investigation, law enforcement was able to identify, locate, and interview several of Correa's victims.

3.      Twice in August 2024, law enforcement observed Correa dropping off a female at a Super 8 Motel in Rahway, New Jersey (the "Hotel"), who was later seen in an online advertisement for prostitution.

4.      In April 2025, law enforcement observed two online advertisements for prostitution. A law enforcement officer began communicating by text message with the phone numbers associated with each ad, respectively. For each ad, the officer confirmed a price for sex acts and was told that the sex acts would take place at the Hotel. Undercover officers arrived at each room and confirmed that the woman in each room was the woman picture in the respective advertisement.

5.      One of Correa's victims ("Victim-1") met Correa in Florida and Correa offered her a job in New Jersey to engage in prostitution. Victim-1 began working for Correa in January 2024, mainly at the Hotel. Correa would advertise photos of Victim-1 on various websites used to promote and solicit prostitution and coordinate the locations of where Victim-1 would meet clients for sex acts. Victim-1 would book and pay for the room, then notify Correa which room she was in. Once in the room, Victim-1 would get a text from a phone operator who worked for Correa, and the operator would set up the appointments and set the price with the client. The operator would then notify Victim-1 how much money needed to be collected. Victim-1 kept approximately 60% of the money received and approximately 40% was paid to Correa. Correa would come to the Hotel at the end of Victim-1's shift to collect his money.

6.     Another of Correa's victims ("Victim-2") lived in Texas, but met Correa in New York when she was working at a restaurant and Correa offered her a job in New Jersey to engage in prostitution. Victim-2 began working for Correa in November 2024. Correa would advertise photos of Victim-2 on various websites used to promote and solicit prostitution and coordinate the locations of where Victim-2 would meet clients for sex acts. Victim-2 would contact Correa with the days she was available to work and would travel from Texas to New Jersey for work and then return to Texas. Correa would set up the appointments and set the price with the client and then notify Victim-2 how much money need to be collected. Victim-2 she kept approximately 50% of the money received and approximately 50% was paid to Correa.

7.     A third victim of Correa's ("Victim-3") met Correa in Colombia in 2023 when she was working as a bartender and Correa offered her a job in the United States to engage in prostitution. Correa told Victim-3 that he would fund and facilitate her transportation to the United States and that he would give her $20,000 that she could pay back by working for him. After initially turning down the offer, Victim-3 eventually agreed and contacted Correa for further details. Correa told Victim-3 he would pay for her transportation and booked her a flight two weeks later from Colombia to Mexico. When Victim-3 arrived in Mexico, she was told she would be brought over the Rio Grande river into Texas. Correa eventually agreed to pay a coyote approximately $13,000 to usher Victim-3 into Texas. Victim-3 then was driven by van from Texas to the Hotel. Correa then took Victim-3 to Correa's residence in Rahway, New Jersey, and asked Victim-3 to perform a sex act on him, which she did. Victim-3 lived at Correa's residence with several other women who were all engaged in prostitution at the Hotel. Victim-3 stated that she kept approximately 60% of the money received and approximately 40% was paid to Correa. Correa or another employee under his control would come to the Hotel at the end of Victim-3's shift to collect Correa's money. In or around January 2024, Victim-3 underwent a medical procedure, so she began working as a telephone operator for Correa and coordinated appointments for prostitution. Victim-3 would communicate with clients by text and then arrange the price and location. Victim-3 stated that every time a new person would arrive to work for Correa, he would tell them to perform a sex act on him.

8.     According to Victim-3, Correa has learned of the investigation in late April 2025 and since then, Correa took all the phones away that are used for the prostitution operation and asked Victim-3 to lease out the Residence. Correa has also began closing his bank accounts and has taken bags of cash to his mother's residence in order to hide the proceeds of the operation.

9.     Law enforcement has obtained a photograph from in or around February 2025 of a payment of $150 through Zelle, a digital payment application, to Correa, together with approximately 65 screenshots of text messages with Corea discussing the prostitution operation.